**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6837**

———————

CLYDE KIRBY WHITLEY,

                    Petitioner – Appellant,

        v.

WILLIAM A. SCISM, Warden,

                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Terrence  W.  Boyle,
District Judge.   (5:10-hc-02090-BO)

———————

Submitted:  November 15, 2011        Decided:  November 17, 2011

———————

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Clyde  Kirby  Whitley,  Appellant  Pro  Se.  Mary  Carla  Hollis,
Assistant  Attorney  General,  Raleigh,  North  Carolina,  for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clyde Kirby Whitley seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Whitley has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Whitley's requests to file the petition under seal and for clarification. We dispense with oral argument because the facts and legal contentions are

2

adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED